FILED

NOT FOR PUBLICATION

JAN 23 2015

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT



| | |
|---|---|
| MARINA DEL ROSARIO LIMA JACOBO, | No. 11-71726 |
| Petitioner, | Agency No. A075-501-410 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, JR., UNITED STATES ATTORNEY GENERAL, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted November 21, 2014
Pasadena, California

Before: PAEZ and KLEINFELD, Circuit Judges, and CHRISTENSEN, Chief
District Judge.[**]

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The Honorable Dana L. Christensen, Chief District Judge for the U.S. District Court for the District of Montana, sitting by designation.

Petitioner Marina Del Rosario Lima Jacobo petitions for review of the Board of Immigration Appeals' ("BIA") denial of her third motion to reopen. For the reasons stated below, we deny the petition.

The BIA did not abuse its discretion in concluding that Petitioner failed to demonstrate materially changed country conditions for women in Guatemala. The evidence Petitioner submitted with her most recent motion to reopen showed that the conditions described had existed for years in Guatemala and failed to introduce previously unavailable evidence showing a material change in conditions in Guatemala since the time of Petitioner's 2002 hearing. 8 C.F.R. § 1003.2(c)(3)(ii). Thus, Petitioner's third motion to reopen is both untimely and number barred. 8 C.F.R. § 1003.2(c)(2).

**AFFIRMED.**